UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARRIET DAWN SCHOONMAKER,
    Plaintiff,

                        No. 1:07-cv-1245

-v-

                        HONORABLE PAUL L. MALONEY

SPARTAN GRAPHICS LEASING, LLC,
    Defendant.

## JUDGMENT

    Having granted Defendant Spartan Graphics' motion for summary judgment,

**JUDGMENT** is entered in favor of Defendant and against Plaintiff Schoonmaker.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  May 26, 2009                                      /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge